SCWC-28501

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RICHARD MARVIN III, and AMY MARVIN, individually and as Next Friends of IVY MAE MARVIN, SADIE MARVIN, SAVANNAH MARVIN and ANABELLE MARVIN, minors; WYLIE HURD; NICHOLAS FRED MARVIN, individually and as Next Friend of ALANA MARVIN, minor; AARON MARVIN; BARBARA NELSON; JEFFREY McBRIDE; MARITA ZIMMERMAN, individually and as Next Friend of TEVA DEXTER and LIKO McBRIDE, minors,

Petitioners/Plaintiffs-Appellees,

vs.

JAMES PFLUEGER, PFLUEGER PROPERTIES; and PILA'A 400, LLC, Respondents/Defendants-Appellants.

---

JAMES PFLUEGER, PFLUEGER PROPERTIES; and PILA'A 400, LLC, Respondents/Counterclaimants-Appellants,

vs.

RICHARD MARVIN III; AMY MARVIN; NICHOLAS FRED MARVIN and JEFFREY McBRIDE, Petitioners/Counterclaim-Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 02-1-0068)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1])

Petitioners' application for writ of certiorari filed on September 28, 2010, is hereby accepted.

DATED:  Honolulu, Hawaiʻi, November 9, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice

Peter Van Name Esser
and Teresa Tico for
petitioners on the
application

---

[1]Considered by:  Nakayama, Acting C.J., Acoba, and Duffy, JJ., Circuit Judge Wilson, in place of Recktenwald, C.J., recused, and Circuit Judge Border assigned by reason of vacancy.